## THOMPSON v. STATE.

### No. 26785.

Court of Criminal Appeals of Texas.

Jan. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense; the punishment, a fine of $150.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for our consideration.

The judgment is affirmed.

Opinion approved by the Court.